# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STUART HEATON, | ) |
|       Petitioner, | ) |
| vs. | ) CIVIL NO. 07-855-GPM |
| DONALD GAETZ, | ) |
|       Respondent. | ) |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

Judgment on Heaton's habeas petition was entered on January 16, 2009 (*see* Doc. 24), and Heaton filed a notice of appeal on February 19, 2009 (*see* Doc. 25). This filing was two days late pursuant to Federal Rule of Appellate Procedure 4(a)(1)(A).

On March 10, 2009, Heaton filed a motion asking this Court for a "60 day time extension so [he] may learn an [sic] understand what I need to do to file my appeal." (Doc. 36). The Court misunderstood his request and denied the motion. The Court of Appeals now has remanded the appeal for the Court to consider this document a motion to extend the time to appeal pursuant to Federal Rule of Appellate Procedure 4(a)(5).

Pursuant to this Rule,

> [t]he district court may extend the time to file a notice of appeal if: (i) a party so moves no later than 30 days after the time prescribed by this Rule 4(a) expires; and (ii) regardless of whether its motion is filed before or during the 30 days after the time prescribed by this Rule 4(a) expires, that party shows excusable neglect or good cause.

FED. R. APP. P. 4(a)(5)(A). Heaton alleges that he is trying to hire a lawyer to represent him on

appeal and that the mail is slow getting to him.

Heaton's request was made within 30 days of his time for appeal expiring, and he has shown excusable neglect for his tardiness. Accordingly, his motion for extension of time (Doc. 36) is **GRANTED**.

**IT IS SO ORDERED.**

DATED: 7/14/09

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge